MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
Ofc: (702) 870-8700
Fax: (702) 870-0034
Attorney for Plaintiff
mgliner@glinerlaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ADRIENNE JONES, | ) |
| Plaintiff, | ) Case No. |
| vs. | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION LLC | ) |
| | ) JURY DEMANDED |
| Defendants. | ) |

## COMPLAINT

### JURISDICTION

1.      The jurisdiction of this Court attains pursuant to the FCRA, 15 U.S.C. Section 1681(p), and the doctrine of supplemental jurisdiction. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendants perpetrated therein.

### PRELIMINARY STATEMENT

2.      The Plaintiff brings this action for damages based upon Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* (hereinafter referred to as "FCRA"), and of state law obligations brought as supplemental claims including, but not limited to, *defamation and invasion of privacy.*

3.      Plaintiff is a natural person and is a resident and citizen of the State of Nevada and of the United States.  Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4.      Defendant Experian Information Solutions, Inc., ("Experian"), is a corporate entity licensed to do business in the State of Nevada.

5.      Defendant Trans Union LLC (TUC) is a corporate entity licensed to do business in the State of Nevada.

6.      Experian and TUC are consumer reporting agencies, as defined in § 1681(f) of the FCRA, regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined in § 1681a(d) of the FCRA, to third parties.

## FACTUAL ALLEGATIONS

7.      Plaintiff's creditworthiness has been repeatedly compromised by the acts, obduracy and general indifference of Defendants.

8.      On July 24, 2014 Plaintiff disputed the reporting of her Ocwen Mortgage Account (Exhibits 1 & 2).

9.      In Exhibits 1 & 2 Plaintiff provided both a detailed summary and explicit documentation probative of Ocwen's persistent failure to properly credit her account for her November, 2012 mortgage payment.

10.     During August, 2014 Defendants improperly verified the inaccurate delinquencies and amounts past due (Exhibits 3 & 4).

11.     On September 1, 2015 Plaintiff again disputed the reporting of the Ocwen tradeline (Exhibits 5 & 6).

12.     In addition to all the elements contained in Plaintiff's July 24, 2014 disputes (Exhibits 1 & 2), Plaintiff also provided Defendants with copies of the February 17, 2015 lawsuit filed against Ocwen for the underlying misreporting.

13.     On September 16, 2015 Experian blithely "verified" Ocwen's continued misreporting (Exhibit 7).

14.     On October 2, 2015 Trans Union blithely expressed it was no longer reporting the underlying Ocwen account (Exhibit 8).

15.     However, Trans Union did indeed continue to misreport the Ocwen account (Exhibit 9).

16.     On August 11, 2016 Ocwen instructed Defendants to correct the misreporting (Exhibit 10).

17.     Defendants parroted previously reported information notwithstanding documentation strongly revealing the highly unreliable nature of the information.  Cushman v. Trans Union Corp., 115 F.3d 220, 225 (3rd Cir. 1997).

18.     In failing to correct Plaintiff's report, Defendants continued to report *patently inaccurate* information in violation of the FCRA.  Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

19.     In failing to appropriately revise Plaintiff's report, Defendants provided *misleading* information which likewise violated the FCRA, Drew v. Equifax Information Services, LLC, 690 F.3d 1100, 1108 (9th Cir. 2012).

20.     Defendants were precluded from making any report either patently wrong or "missing crucial data" or otherwise misleading.  Kuns v. Ocwen Loan Servicing, LLC, 611 Fed.Appx. 398 (U.S. Ct. of Appeals, Ninth Circuit 2015).

21.     Defendants violated the FCRA in their failure to provide additional information explicating the status of Plaintiff's account.  Bush v. Roundpoint Mortg. Servicing Corp., 122 F.Supp.3d 1347 (M.D.Fl 2015).

22.     Plaintiff has suffered meaningful emotional distress as a result of Defendants' conduct.  McCollough v. Johnson, Rodenburg & Lauinger, LLC, 637 F.3d 939, 957 (9th Cir. 2011).

/ / /

/ / /

/ / /

/ / /

## STATEMENT OF CLAIM AS AGAINST DEFENDANTS

23. In the entire course of their action, Defendants willfully and/or negligently violated the provisions of the FCRA in the following respects:

   a. By willfully and/or negligently failing, in the preparation of the consumer reports concerning Plaintiff, to follow reasonable procedures to assure maximum possible accuracy of the information in the reports.

   b. By willfully and/or negligently failing to comport with FCRA § 1681i.

## PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant the following relief against Defendants:

   a) actual damages;

   b) punitive damages;

   c) attorney's fees; and

   d) costs.

Respectfully submitted,

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, NV  89102
Attorney for Plaintiff

July 24, 2014

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
NCAC
701 Experian Parkway
Allen, TX 75013

Re:  **ADRIENNE A. JONES**

Dear Sir:

This letter is a dispute.  I have attached an excerpt from my
credit profile (Exhibit 1).  My attorney helped me prepare this
letter to ensure you have all of the information you need to
appropriately address my concerns.

I provide my identifying information: Adrienne A. Jones; Spouse:
n/a; current address: 1333 Comstock Drive, Las Vegas, Nevada 89106;
SSN     -1498; date of birth: April 7, 1960.

Please revise the Ocwen Loan Servicing (Ocwen) account,
#7147578673, to reflect there is neither any delinquency nor any
amount past due.  The delinquencies and the *$1,756* purported amount
past due directly corresponds to Ocwen's obvious failure to provide
credit for my October 25, 2012 check for my November, 2012 mortgage
payment.

In October, 2005 I received financing from Homeward Residential
(HR) in the approximate amount of $230,800.  During April, 2013 the
HR mortgage was transferred to Ocwen.  Ocwen immediately advised
the March payment was still owing and that it had applied my April,
2013 payment to satisfy the March payment.

I requested a payment history knowing I had indeed made **all**
payments.  I had made all my payments with Cashiers' Checks and
acquired copies at meaningful time and expense.  I faxed Ocwen
copies of the checks on many occasions.  Notwithstanding, Ocwen
continued to charge me late fees and also reported its/my account
as serially delinquent.

EXHIBIT 1

Experian Information Solutions, Inc.
July 24, 2014
Page 2


I've attached Ocwen's September 26, 2013 letter in response to my
disputes (Exhibit 2). Ocwen provided a truncated payment history
which erroneously indicated HR had not received my October 25,
2012 payment. Ocwen also provided the attached payment history
which reflects this very same gap (Exhibit 3).

However, I have provided copies of my payments for October, 2012
through December, 2012 (Exhibit 4). You will note the uncredited
October 25, 2012 payment was indeed cashed on October 28, 2012.

I additionally dispute the Clark County Collection tradeline
(Exhibit 1, alleged balance of *$35.00*). Please note the
underlying creditor is *Desert Radiologists*. I have attached as
Exhibit 5 Desert Radiologists' July 9, 2014 statement reflecting
a zero (0) balance. Please either delete the Clark County
Collection tradeline or, at least, revise it to reflect "Paid."

Respectfully, I will sue both you and Ocwen if you do not correct
this horrible erroneous tradeline.

Thank you in advance for your anticipated courtesy.

                         Very truly yours,

                         Adrienne A. Jones


Enclosures

July 24, 2014

**CERTIFIED MAIL**

Trans Union LLC
P.O. Box 2000
Chester, PA  19022

Re:  **ADRIENNE A. JONES**

Dear Sir:

This letter is a dispute.  I have attached an excerpt from my credit profile (Exhibit 1).  My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns.

I provide my identifying information: Adrienne A. Jones; Spouse: n/a; current address: 1333 Comstock Drive, Las Vegas, Nevada 89106; SSN    - -1498; date of birth: April 7, 1960.

Please revise the Ocwen Loan Servicing (Ocwen) account, #7147578673, to reflect there is neither any delinquency nor any amount past due.  The delinquencies and the *$1,756* purported amount past due directly corresponds to Ocwen's obvious failure to provide credit for my October 25, 2012 check for my November, 2012 mortgage payment.

In October, 2005 I received financing from Homeward Residential (HR) in the approximate amount of $230,800.  During April, 2013 the HR mortgage was transferred to Ocwen.  Ocwen immediately advised the March payment was still owing and that it had applied my April, 2013 payment to satisfy the March payment.

I requested a payment history knowing I had indeed made <u>all</u> payments.  I had made all my payments with Cashiers' Checks and acquired copies at meaningful time and expense.  I faxed Ocwen copies of the checks on many occasions.  Notwithstanding, Ocwen continued to charge me late fees and also reported its/my account as serially delinquent.

## EXHIBIT 2

Trans Union LLC
July 24, 2014
Page 2


I've attached Ocwen's September 26, 2013 letter in response to my disputes (Exhibit 2). Ocwen provided a truncated payment history which erroneously indicated HR had not received my October 25, 2012 payment. Ocwen also provided the attached payment history which reflects this very same gap (Exhibit 3).

However, I have provided copies of my payments for October, 2012 through December, 2012 (Exhibit 4). You will note the uncredited October 25, 2012 payment was indeed cashed on October 28, 2012.

I additionally dispute the Clark County Collection tradeline (Exhibit 1, alleged balance of *$35.00*). Please note the underlying creditor is *Desert Radiologists*. I have attached as Exhibit 5 Desert Radiologists' July 9, 2014 statement reflecting a zero (0) balance. Please either delete the Clark County Collection tradeline or, at least, revise it to reflect "Paid."

Respectfully, I will sue both you and Ocwen if you do not correct this horrible erroneous tradeline.

Thank you in advance for your anticipated courtesy.

Very truly yours,

Adrienne A. Jones


Enclosures



**Experian**
A world of insight

Prepared for: **ADRIENNE A JONES**
Date: **August 19, 2014**
Report number: **2793-7720-18**

Page 1 of 6

---

PO Box 9701
Allen, TX 75013

0005644 01 AB 0.403 **AUTO  T8 1 7199 89106-200533  -C01-P05649-I
ADRIENNE A JONES
1333 COMSTOCK DR
LAS VEGAS NV  89106-2005

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;
- add a statement disputing the accuracy or completeness of the information; and
- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

Scan me with your smart phone
for special offers from Experian.

### How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

### Results

We have completed the processing of your dispute(s). Here are the results:

| Credit Items | Outcome |
|---|---|
| VERIZON WIRELESS 8032122790.... | Updated |
| CLARK COUNTY COLLECTIO 1578795 | Updated |
| WILSHIRE CREDIT CORP 40.... | Updated |
| CREDIT BUREAU CENTRAL 9A4141140 | Updated |
| CREDIT BUREAU CENTRAL 9A4460637 | Remains |
| ALLIED COLLECTION SERV 222653901 | Remains |

### Additional information

To view a full copy of your corrected credit report, visit experian.com/viewreport

☐ To receive a copy by mail, check this box and within 30 days return this original page to P.O. Box 9701, Allen, TX 75013.

Copies will not be accepted.

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only **$7.95**. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

014627789

EXHIBIT 3

7199-01-00-0005644-0001-0009638

∵∴ Experian
A world of insight

Prepared for: **ADRIENNE A JONES**
Date: **August 19, 2014**
Report number: **2793-7720-18**

**Credit items** *continued*

| | Outcome |
|---|---|
| OCWEN LOAN SERVICING<br>L<br>70653.... | Updated |
| OCWEN LOAN SERVICING<br>L<br>714757.... | Updated |

Visit experian.com/status to check the status of
your pending disputes at any time

0146277839

7199-01-00-00056944-0001-000096E8

⋮∴ Experian
A world of insight

Prepared for: ADRIENNE A JONES
Date: August 19, 2014
Report number: 2793-7720-18

Your accounts that may be considered negative (continued)

**OCWEN LOAN SERVICING**
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409
**Phone number**
(407) 737 6101
**Partial account number**
714757......\
**Address identification number**
017802026

| | |
|---|---|
| **Date opened** | **Type** |
| Oct 2005 | Mortgage |
| **First reported** | **Terms** |
| Apr 2013 | 35 Years |
| **Date of status** | **Monthly** |
| Jul 2014 | **payment** |
| | $1,049 |

| | |
|---|---|
| **Credit limit or** | **Recent balance** |
| **original amount** | $217,919 as of Aug |
| $230,800 | 2014 |
| **High balance** | **Recent payment** |
| Not reported | $1,049 |

**Responsibility**
Individual
**Status**
Open. $1,845 past due as of Aug 2014.
By Apr 2021, this account is scheduled to go to a positive status.
This item was updated from our processing of your dispute in Aug 2014.

**Payment history**

2014
AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR
ND 30 OK 30 OK 30 OK 30 OK 30 OK 30 OK 30 OK 30 OK

2013

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

AB = Account balance ($)    DPR = Date payment received    SPA = Scheduled payment amount ($)    AAP = Actual amount paid ($)

| | May14 | Apr14 | Mar14 | Feb14 | Jan14 | Dec13 | Nov13 | Oct13 | Sept13 | Aug13 | Jul13 | Jun13 | May13 | Apr13 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **AB** | 218,964 | 219,485 | 220,006 | 220,525 | 221,044 | 221,562 | 222,079 | 222,595 | 223,110 | 223,625 | 224,138 | 224,651 | 225,163 | 225,674 | | | |
| **DPR** | May05 | Apr09 | Mar11 | Feb18 | Jan06 | Dec05 | Nov14 | Oct07 | Sep05 | Aug09 | Jul08 | Jun06 | May03 | Mar30 | | | |
| **SPA** | 1,049 | 1,049 | 1,049 | 1,049 | 1,049 | 1,049 | 1,049 | 1,049 | 1,049 | 1,044 | 1,044 | 1,044 | 1,044 | 1,044 | | | |
| **AAP** | 1,049 | 1,049 | 1,049 | 1,044 | 1,049 | 1,049 | 1,049 | 1,049 | 1,044 | 1,044 | 1,044 | 1,044 | 1,044 | 1,044 | | | |

▼ The original amount of this account was $230,800.



7199-01-00-0005644-0003-0000000636

0146277839



*** 343148152-007 ***
P.O. Box 2000
Chester, PA 19022-2000

08/21/2014   TransUnion.

P3SLR000204130-I030489-019592755

ADRIENNE A. JONES
1333 COMSTOCK DR
LAS VEGAS, NV 89106-2005

Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| CLARK COUNTY COLLECTION | # 15787** | DELETED |
| OCWEN LOAN SVCG LLC | # 714757**** | NEW INFORMATION BELOW |

# EXHIBIT 4

File Number: 343148152
Date Issued: 08/21/2014

**-Begin Credit Report-**



Trans**Union**.

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**OCWEN LOAN SVCG LLC** #714757**** ( 1661 WORTHINGTON RD, STE 100, WEST PALM BEACH, FL 33409, (561) 682-8000 )

| | | | |
|---|---|---|---|
| Date Opened: | 10/06/2005 | Balance: | $217,919 |
| Responsibility: | Individual Account | Date Updated: | 08/20/2014 |
| Account Type: | Mortgage Account | Payment Received: | $1,049 |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG | Last Payment Made: | 07/07/2014 |
| | | High Balance: | $230,800 |
| | | Past Due: | >$1,845< |

Pay Status: >Account 30 Days Past Due Date<
Terms: $1,049 per month, paid Monthly for 420 months
>Maximum Delinquency of 30 days in 05/2013 and in 08/2014 for $1,845<

Estimated month and year that this item will be removed: 07/2021

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 30 | OK | 30 | OK | 30 | OK | 30 | 30 | OK | 30 | OK | 30 |

| | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|---|---|---|---|---|
| Rating | 30 | OK | 30 | OK |

**- End of investigation results -**

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

**-End of Credit Report-**

September 1, 2015

**CERTIFIED MAIL**

Experian Information Solutions, Inc.
NCAC
701 Experian Parkway
Allen, TX 75013

Re:  **ADRIENNE A. JONES**

Dear Sir:

This letter is a dispute.  I have attached an excerpt from my credit profile (Exhibit 1).  My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns.

I provide my identifying information: Adrienne A. Jones; Spouse: n/a; current address: 1333 Comstock Drive, Las Vegas, Nevada 89106; SSN   - -1498; date of birth: April 7, 1960.

Please revise the Ocwen Loan Servicing (Ocwen) account, #7147578673, to reflect there is neither any delinquency nor any amount past due.  The delinquencies and any purported amount past due directly corresponds to Ocwen's obvious failure to provide credit for my October 25, 2012 check for my November, 2012 mortgage payment.

In October, 2005 I received financing from Homeward Residential (HR) in the approximate amount of $230,800.  During April, 2013 the HR mortgage was transferred to Ocwen.  Ocwen immediately advised the March payment was still owing and that it had applied my April, 2013 payment to satisfy the March payment.

I requested a payment history knowing I had indeed made <u>all</u> payments.  I had made all my payments with Cashiers' Checks and acquired copies at meaningful time and expense.  I faxed Ocwen copies of the checks on many occasions.  Notwithstanding, Ocwen continued to charge me late fees and also reported its/my account as serially delinquent.

EXHIBIT 5

Experian Information Solutions, Inc.
September 1, 2015
Page 2


I've attached Ocwen's September 26, 2013 letter in response to my
disputes (Exhibit 2).  Ocwen provided a truncated payment history
which erroneously indicated HR had not received my October 25,
2012 payment.  Ocwen also provided the attached payment history
which reflects this very same gap (Exhibit 3).

However, I have provided copies of my payments for October, 2012
through December, 2012 (Exhibit 4).  You will note the uncredited
October 25, 2012 payment was indeed cashed on October 28, 2012
and that it indeed reflects HR account number 30784359.

<u>Please see Ocwen's own March 15, 2013 letter indicating HR
account number 30784359 is now Ocwen account number #7147578673
(Exhibit 5).</u>

On February 17, 2015 I filed a lawsuit against Ocwen in Federal
Court due to its persistent failure to correct its horrible
misreporting (Exhibit 6).

Thank you in advance for your anticipated courtesy.

                              Very truly yours,

                              Adrienne A. Jones


Enclosures

September 1, 2015

**CERTIFIED MAIL**

Trans Union LLC
P.O. Box 2000
Chester, PA  19022

Re:  **ADRIENNE A. JONES**

Dear Sir:

This letter is a dispute.  I have attached an excerpt from my credit profile (Exhibit 1).  My attorney helped me prepare this letter to ensure you have all of the information you need to appropriately address my concerns.

I provide my identifying information: Adrienne A. Jones; Spouse: n/a; current address: 1333 Comstock Drive, Las Vegas, Nevada 89106; SSN   -  -1498; date of birth: April 7, 1960.

Please revise the Ocwen Loan Servicing (Ocwen) account, #7147578673, to reflect there is neither any delinquency nor any amount past due.  The delinquencies and any purported amount past due directly corresponds to Ocwen's obvious failure to provide credit for my October 25, 2012 check for my November, 2012 mortgage payment.

In October, 2005 I received financing from Homeward Residential (HR) in the approximate amount of $230,800.  During April, 2013 the HR mortgage was transferred to Ocwen.  Ocwen immediately advised the March payment was still owing and that it had applied my April, 2013 payment to satisfy the March payment.

I requested a payment history knowing I had indeed made **all** payments.  I had made all my payments with Cashiers' Checks and acquired copies at meaningful time and expense.  I faxed Ocwen copies of the checks on many occasions.  Notwithstanding, Ocwen continued to charge me late fees and also reported its/my account as serially delinquent.

EXHIBIT 6

Trans Union LLC
September 1, 2015
Page 2


I've attached Ocwen's September 26, 2013 letter in response to my
disputes (Exhibit 2).  Ocwen provided a truncated payment history
which erroneously indicated HR had not received my October 25,
2012 payment.  Ocwen also provided the attached payment history
which reflects this very same gap (Exhibit 3).

However, I have provided copies of my payments for October, 2012
through December, 2012 (Exhibit 4).  You will note the uncredited
October 25, 2012 payment was indeed cashed on October 28, 2012
and that it indeed reflects HR account number 30784359.

<u>Please see Ocwen's own March 15, 2013 letter indicating HR
account number 30784359 is now Ocwen account number #7147578673
(Exhibit 5).</u>

On February 17, 2015 I filed a lawsuit against Ocwen in Federal
Court due to its persistent failure to correct its horrible
misreporting (Exhibit 6).

Thank you in advance for your anticipated courtesy.

Very truly yours,

Adrienne A. Jones


Enclosures

PO Box 9701
Allen, TX 75013



**0009102** 03 MB 0.696 **AUTO 8 0 7221 89106-200533 -C02-P09111-I
ADRIENNE A JONES
1333 COMSTOCK DR
LAS VEGAS NV 89106-2005

014627789

**::: Experian**
A world of insight

Prepared for: ADRIENNE A JONES
Date: September 16, 2015
Report number: 2685-3652-29

**Dear ADRIENNE A JONES,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR PERSONAL CREDIT REPORT:-

Scan me with your smart phone
for special offers from Experian.

**EXHIBIT 7**

**:: Experian**
A world of insight

Prepared for: **ADRIENNE A JONES**
Date: **September 15, 2016**
Report number: **2685-3652-29**

Your accounts that may be considered negative (continued)

---

**OCWEN LOAN SERVICING**
1661 WORTHINGTON RD STE 100
WEST PALM BEACH FL 33409
**Phone number**
(800) 746 2936
**Partial account number**
714757.....
**Address identification number**
017800226

| | |
|---|---|
| **Date opened** Oct 2005 | **Type** Mortgage |
| **First reported** Apr 2013 | **Terms** 29 Years |
| **Date of status** Jul 2015 | **Monthly payment** $1,088 |

**Credit limit or original amount** $230,800
**High balance** Not reported

**Recent balance** $211,574 as of Jul 2015
**Recent payment**

**Responsibility** Individual
**Status** Open. $1,884 past due as of Jul 2015.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
This item was updated from our processing of your dispute in Aug 2014.
By Apr 2022, this account is scheduled to go to a positive status.

**Payment history**

| 2015 | | | | | | | | | | | | 2014 | | | | | | | | | | | | 2013 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR |
| OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**AB** = Account balance ($)   **DPR** = Date payment received

| | Jun15 | May15 | Apr15 | Mar15 | Feb15 | Jan15 | Dec14 | Nov14 | Oct14 | Sep14 | Aug14 | May14 | Apr14 | Mar14 | Feb14 | Jan14 | Dec13 | Nov13 | Oct13 | Sep13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB | 212,107 | 212,640 | 213,172 | 213,703 | 214,233 | 214,762 | 215,290 | 215,818 | 216,344 | 216,870 | 217,395 | 218,964 | 219,485 | 220,006 | 220,525 | 221,044 | 221,562 | 222,079 | 222,595 | 223,110 |
| DPR | 1,088 | 1,088 | 1,088 | 1,088 | 1,088 | 1,085 | 1,085 | 1,088 | 1,088 | 1,049 | 1,088 | 1,049 | 1,049 | 1,049 | 1,049 | 1,044 | 1,049 | 1,049 | 1,049 | 1,044 |
| | Jun06 | May06 | Apr08 | Mar09 | Feb09 | Jan12 | Dec10 | Nov07 | Oct10 | Sep09 | Aug06 | May05 | Apr09 | Mar11 | Feb18 | Jan06 | Dec05 | Nov14 | Oct07 | Sep05 |
| | 1,088 | 1,088 | 1,088 | 1,088 | 1,088 | 1,085 | 1,085 | 1,088 | 1,088 | 1,049 | 1,088 | 1,049 | 1,049 | 1,049 | 1,049 | 1,049 | 1,049 | 1,049 | 1,049 | 1,044 |

*The original amount of this account was $230,800*

Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.

**SPA** = Scheduled payment amount ($)   **AB** = Actual amount paid ($)

---

**PLUSFOUR**
6345 S PECOS RD STE 212
LAS VEGAS NV 89120
**Phone number**
(877) 494 1569
**Partial account number**
5344163
**Address identification number**
017800226
**Original creditor** DERMATOLOGY MANAGEMENT LLC

| | |
|---|---|
| **Date opened** Apr 2014 | **Type** Collection |
| **First reported** May 2014 | **Terms** 1 Months |
| **Date of status** May 2014 | **Monthly payment** Not reported |

**Credit limit or original amount** $235
**High balance** Not reported

**Recent balance** $237 as of May 2014

**Responsibility** Individual
**Status** Collection account. $237 past due as of May 2014. This account is scheduled to continue on record until Mar 2019.



0146277839



*** 343148152-014 ***
P.O. Box 2000
Chester, PA 19022-2000

10/02/2015



P4X4AQ00202502-I017817-013728463

ADRIENNE A. JONES
1333 COMSTOCK DR
LAS VEGAS, NV 89106-2005

*You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None of your personal information or your credit information will be collected through this online survey. We value your feedback!*

*http://transunionmail.periscopeiq.com*



Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
| --- | --- | --- |
| OCWEN LOAN SVCG LLC | # 714757**** | NO LONGER ON FILE |

# EXHIBIT 8

 TransUnion.

Report Created On: 04/13/2016
File Number: 343148152

-Begin Credit Report-

## Personal Information

**SSN:** XXX-XX-1498
Your SSN has been masked for your protection.

You have been on our files since 11/01/1986
Date of Birth: 04/07/1960

**Names Reported:** ADRIENNE A. JONES, ADRIENE A. JONES, ADRIENNE WASHINGTON and ADRIENNA IRONS

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 496 ROSSMORE DR, LAS VEGAS, NV 89110-4121 | 08/30/2015 |
| 1333 COMSTOCK DR, LAS VEGAS, NV 89106-2005 | 02/01/2002 |
| 2606 TROPICAL SANDS AVE, NORTH LAS VEGAS, NV 89031-1169 | 02/06/2006 |
| 2212 WAYNE WAY, NORTH LAS VEGAS, NV 89030-4056 | 10/26/2015 |
| 6557 BRADFORD LN, LAS VEGAS, NV 89108-4425 | 01/19/2007 |

### Telephone Numbers Reported:

| | | | | | | |
|---|---|---|---|---|---|---|
| (702) 396-3213 | (702) 306-7798 | (702) 275-3071 | (702) 383-2000 | (702) 396-3216 | (702) 636-1864 | (702) 275-3072 |
| (702) 369-3213 | (702) 336-3690 | (702) 275-0608 | (702) 399-7736 | | | |

### Employment Data Reported:

| Employer Name | Location | Position | Date Verified |
|---|---|---|---|
| UNC MEDICAL CENTER | | | 05/07/2012 |
| UNIVERSITY MED CNETER | LAS VEGAS, NV | MANAGER | 05/24/2006 |
| CCSD | | | 05/01/1990 |
| UMC HOSPITAL & CLINICS | | | |
| UNIVERSITY MED CTR | | | |

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 + days late | Collection | Voluntary Surrender | Repo-ssession | Charge Off | Foreclosure |

**Remarks Key**
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

| | | | | | |
|---|---|---|---|---|---|
| **AID** | ACCT INFO DISPUTED BY CONSUMR | **CBG** | CLOSED BY CREDIT GRANTOR | **CLO** | CLOSED |
| **INA** | INACTIVE ACCOUNT | **LMD** | LOAN MODIFIED/FEDRL GOVT PLAN | | |

## Adverse Accounts

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For any account that contains medical information, the information following 'Medical-' is not displayed to anyone but you except where permitted by law. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**CHASE   #589001205****

EXHIBIT 9


TransUnion.

| | 07/2009 | 06/2009 | 05/2009 |
|---|---|---|---|
| Rating | OK | OK | OK |

**OCWEN LOAN SVCG LLC   #714757****
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL 33409
(561) 682-8000

| | | | | | | |
|---|---|---|---|---|---|---|
| Date Opened: | 10/06/2005 | Date Updated: | 02/29/2016 | Pay Status: | >Account 60 Days Past Due Date< |
| Responsibility: | Individual Account | Payment Received: | $0 | | |
| Account Type: | Mortgage Account | Last Payment Made: | 01/11/2016 | Terms: | $1,106 per month, paid Monthly for 348 months |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG | | | | >Maximum Delinquency of 60 days in 02/2016 for $4,280< |

**High Balance:** High balance of $230,800 from 08/2014 to 08/2014; $230,800 from 10/2014 to 03/2015; $230,800 from 09/2015 to 02/2016
**Estimated month and year that this item will be removed:** 02/2022

| | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $208,353 | $208,353 | $208,892 | $209,430 | $209,967 | $210,504 | | | | |
| Scheduled Payment | $1,106 | $1,106 | $1,106 | $1,106 | $1,106 | $1,106 | | | | |
| Amount Paid | $0 | $1,088 | $1,088 | $1,088 | $1,088 | $1,088 | | | | |
| Past Due | $4,280 | $1,902 | $1,902 | $1,902 | $1,902 | $1,902 | | | | |
| Remarks | | | | | | | | | | |
| Rating | 60 | 30 | 30 | 30 | 30 | 30 | OK | 30 | OK | 30 |

| | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | | $213,703 | $214,233 | $214,762 | $215,290 | $215,818 | $216,344 | | $217,395 | |
| Scheduled Payment | | $1,088 | $1,088 | $1,088 | $1,088 | $1,088 | $1,088 | | $1,049 | |
| Amount Paid | | $1,085 | $1,085 | $1,085 | $1,088 | $1,049 | $1,049 | | $1,049 | |
| Past Due | | $1,884 | $0 | $1,884 | $1,884 | $0 | $1,884 | | $1,845 | |
| Remarks | | AID | AID | AID | AID | AID | AID | | AID | |
| Rating | OK | 30 | OK | 30 | 30 | OK | 30 | OK | 30 | 30 |

| | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | 30 | OK | 30 | OK | 30 | 30 | OK | 30 | OK |

| | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|---|---|---|---|---|---|
| Rating | 30 | 30 | OK | X | X |

**OCWEN LOAN SVCG LLC   #70653****
1661 WORTHINGTON RD STE 100
WEST PALM BEACH, FL 33409
(561) 682-8000

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 10/06/2005 | Balance: | $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: | Individual Account | Date Updated: | 05/29/2012 | | |

## Universal Data Form

AUD Correction Indicator:   Update ☒   Delete ☐   Delete due to fraud ☐

| | | | |
|---|---|---|---|
| Subscriber Name: | Ocwen Loan Servicing, LLC | Equifax SC: | 465FS01690 |
| Subscriber Address: | 1661 Worthington Road / Suite 100, West Palm Beach, FL 33409 | Experian SC: | 6107530 |
| | | Innovis SC: | 2098096 |
| | | TU SC: | 813P004 |

### Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| Jones | Adrienne | | | -1498 | |

| Current Address | | City | State | Zip+4 |
|---|---|---|---|---|
| 1333 COMSTOCK DR | | LAS VEGAS | NV | 89106 |

| Previous Last Name | Previous First Name | Previous Middle Name | Previous Gen. |
|---|---|---|---|
| | | | |

| Previous Address | | City | State | Zip+4 |
|---|---|---|---|---|
| | | | | |

Consumer Information Indicator:   ECOA:   1     Phone:

### Employment Information

| Employer Name: | | Occupation: | | |
|---|---|---|---|---|
| Current Address | | City | State | Zip+4 |
| | | | | |

### Associated Consumer Information

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | | City | State | Zip+4 |
|---|---|---|---|---|
| | | | | |

Consumer Information Indicator:   ECOA:     Phone:

| Last Name | First Name | Middle Name | Gen. | SSN | DOB |
|---|---|---|---|---|---|
| | | | | | |

| Current Address | | City | State | Zip+4 |
|---|---|---|---|---|
| | | | | |

Consumer Information Indicator:   ECOA:     Phone:

### Account Information

| Account Number | Date Opened | Current Balance | Amount Past Due | Portfolio Type | Credit Limit | High Credit | Schedule Monthly | SCC | CCC |
|---|---|---|---|---|---|---|---|---|---|
| 714758673 | 10-06-2005 | $205644 | $0 | M | | $230800 | $1106 | | |

| Term Dur./Freq. | Date Closed | Actual Payment | Date of Last Payment | Account Status | Payment Rating | Account Type | Interest Type Indicator | Date of Account Information | FCRA 1st Date of Delinquency | Original Charge-off Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| / | | $1088 | 07-08-2016 | 11 | | 26 | | 08-11-2016 | | |

| Original Creditor Name | Creditor Classification | Mortgage Agency Identifier | Sec. Marketing Agency Id Account # | Specialized Payment Indicator |
|---|---|---|---|---|
| | | | | |

| Purchased Portfolio or Sold Name | Portfolio Indicator | Deferred Payment Start Date | Balloon Payment Due Date | Balloon Payment Amount |
|---|---|---|---|---|
| | | | | |

Mortgage Id #     AUD Control #   80660706

### Account History

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2016 | | | | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2015 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2013 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | B | - | - |
| 2012 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2011 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2010 | - | - | - | - | - | - | - | - | - | - | - | - |
| 2009 | | - | - | - | - | | | | | | | |

Submitted By:   Ian Bassett     Tel#:   (561) 682-7000     Date:   08-11-2016

By submitting this AUD, you certify that you have verified the accuracy of the data in compliance with all legal requirements, and your computer and/or manual records will be adjusted to reflect the changes noted.

EXHIBIT 10