**JASON G. REVZIN**
Jason.Revzin@lewisbrisbois.com
Nevada Bar No. 008629
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
(702) 893-3789 Fax
**Counsel for Trans Union LLC**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| ADRIENNE JONES,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and TRANS UNION, LLC ,<br><br>Defendants. | Case No. 2:17-cv-02312-JAD-CWH<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Adrienne Jones ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On September 1, 2017, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 28, 2017. Trans Union needs additional time to locate and assemble the documents relating to Plaintiff's credit file and any disputes submitted by Plaintiff. In addition, Trans Union's counsel needs additional time to review Trans Union's documents and respond to the allegations in the Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including January 22, 2018. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint. The time within which Trans Union must respond to the Complaint has not yet expired.

9602501.1/SP/83057/3169/122717

1  WHEREFORE, Defendant Trans Union respectfully requests this Court to enter an Order granting this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint and extend the deadline for Trans Union to file its responsive pleading to Plaintiff's Complaint, up to and including January 22, 2018.

DATED: December 27, 2017

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

 */s/ Jason G. Revzin*
Jason G. Revzin
Jason.revzin@lewisbrisbois.com
Nevada Bar No. 008629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Blvd., Suite 600
Las Vegas, NV 89118
(702) 893-3383
(702) 893-3789 Fax
**Counsel for Trans Union LLC**


 */s/ Mitchell D. Gliner*
Mitchell D. Gliner
mgliner@glinerlaw.com
Nevada Bar No.003419
Mitchell D. Gliner, Law Office of
3017 W. Charleston Blvd., Suite 95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
**Counsel for Plaintiff**

IT IS SO ORDERED.

DATED: December 28, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

9602501.1/SP/83057/3169/122717

**ORDER**

IT IS SO ORDERED:

_____
**HONORABLE CARL W. HOFFMAN
UNITED STATES MAGISTRATE JUDGE**

DATED: _____

9602501.1/SP/83057/3169/122717