Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ADRIENNE JONES )
 )
    Plaintiff, )  Case No. 2:17-cv-02312-JAD-CWH
 )
vs. )
 )  STIPULATION AND ORDER FOR
EXPERIAN INFORMATION )  DISMISSAL WITH PREJUDICE AS
SOLUTIONS, INC. and )  TO DEFENDANT EXPERIAN
TRANS UNION LLC )  INFORMATION SOLUTIONS, INC.
 )  *ONLY*
    Defendants. )

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that Defendant Experian Information Solutions, Inc. be dismissed with prejudice, each party to bear their own costs and attorney's fees.

| MITCHELL D. GLINER, ESQ. | SNELL & WILMER, L.L.P. |
|---|---|
| /s/ Mitchell D. Gliner | /s/ Bob L. Olson |
| MITCHELL D. GLINER, ESQ. | BOB L. OLSON, ESQ. |
| Nevada Bar No. 003419 | Nevada Bar No. 003783 |
| 3017 W. Charleston Blvd. # 95 | CHARLES E. GIANELLONI, ESQ. |
| Las Vegas, Nevada 89102 | Nevada Bar No. 012747 |
| Attorney for Plaintiff | 3883 Howard Hughes Pkwy., # 1100 |
| | Las Vegas, Nevada 89169 |
| | Attorneys for Defendant |

IT IS SO ORDERED this 21st day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE