Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT<br>DISTRICT OF NEVADA

| | | |
|---|---|---|
| ADRIENNE JONES | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  2:17-cv-02312-APG-CWH |
| | ) | |
| vs. | ) | |
| | ) | STIPULATION AND ORDER FOR |
| EXPERIAN INFORMATION | ) | DISMISSAL WITH PREJUDICE AS |
| SOLUTIONS, INC. and | ) | TO DEFENDANT TRANS UNION LLC |
| TRANS UNION LLC | ) | *ONLY* |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that Defendant Trans Union LLC be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                LEWIS BRISBOIS BISGAARD & SMITH LLP

_____                _____
MITCHELL D. GLINER, ESQ.               JASON G. REVZIN, ESQ.
Nevada Bar No. 003419                  Nevada Bar No. 008629
3017 W. Charleston Blvd. # 95          6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada  89102               Las Vegas, NV  89118
Attorney for Plaintiff                 Counsel for Defendant Trans Union LLC

IT IS SO ORDERED this ____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE