Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ADRIENNE JONES )
)
    Plaintiff, )   Case No. 2:17-cv-02312-APG-CWH
)
vs. )
)   STIPULATION AND ORDER FOR
EXPERIAN INFORMATION )   DISMISSAL WITH PREJUDICE AS
SOLUTIONS, INC. and )   TO DEFENDANT TRANS UNION LLC
TRANS UNION LLC )   *ONLY*
)
    Defendants. )

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that Defendant Trans Union LLC be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.    LEWIS BRISBOIS BISGAARD & SMITH LLP

_____    _____
MITCHELL D. GLINER, ESQ.    JASON G. REVZIN, ESQ.
Nevada Bar No. 003419    Nevada Bar No. 008629
3017 W. Charleston Blvd. # 95    6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89102    Las Vegas, NV 89118
Attorney for Plaintiff    Counsel for Defendant Trans Union LLC

IT IS SO ORDERED this 13th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE